# United States Court of Appeals
## For the First Circuit

No. 15-1177

HENRY BERNARDO, on behalf of M&K Engineering, Inc.; SAMUEL MARINHO FREITAS; RUTH LOPES FREITAS; DANIEL LOPES FREITAS; GRACIANE LOPES FREITAS; GRAZIELA LOPES FREITAS

Plaintiffs - Appellants

v.

JEH C. JOHNSON, Secretary, United States Department of Homeland Security; LORETTA LYNCH, Attorney General; ALEJANDRO MAYORKAS, Director, United States Citizenship and Immigration Service; GREGORY A. RICHARDSON, Director, Texas Service Center; RON ROSENBERG, Acting Chief, Administrative Appeals Office, United States Citizenship and Immigration Service

Defendants - Appellees

**MANDATE**

Entered: March 23, 2016

   In accordance with the judgment of January 29, 2016, and pursuant to Federal Rule of Appellate Procedure 41(a), this constitutes the formal mandate of this Court.


By the Court:

/s/ Margaret Carter, Clerk


cc:
Dina Michael Chaitowitz
Aaron S. Goldsmith
Giselle J. Joffre
Elianis N. Perez
Annelise Maia Jatoba de Araujo